# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162155(6)

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

                                      SC: 162155

v                                      ADB: 18-000130-GA

JAMES STERLING LAWRENCE,
      Respondent-Appellant.
_____/

      On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before March 15, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

         March 5, 2021                

                                        Clerk